FILED
HARRISBURG, PA
2019 APR 26 PM 12:57
CLERK
U.S. BANKRUPTCY COURT

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     DELORES BARBARA TURNER, :     CASE NO.: 1-14-02078    CNP
            DEBTOR             :     CHAPTER 13

### PRAECIPE FOR WITHDRAW/ENTRY OF APPEARANCE

To the Clerk of Court:

Please withdraw my appearance on behalf of Delores Barbara Turner, in the above captioned matter.

Respectfully submitted,

Becker Law Group, P.C.

Date 4/24/19     By: _____
                                Torren C. Ecker, Esquire
                                Supreme Court I.D. #311129
                                529 Carlisle St.
                                Hanover, PA 17331
                                717-630-9688

Please enter my appearance on behalf of the Debtor, Delores Barbara Turner, in the above captioned matter.

Respectfully submitted,

BECKER LAW GROUP, P.C.

Date 4/24/19     By: _____
                                Taylor K. Thomas, Esquire
                                Attorney I.D. #325656
                                Attorney for Debtor
                                529 Carlisle Street
                                Hanover, PA 17331
                                (717) 630-9688
                                Fax (717) 630-0691
                                Email: tthomas@beckerlawgrouppc.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DELORES BARBARA TURNER, : CASE NO.: 1-14-02078
DEBTOR : CHAPTER 13

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 24 day of April, 2019, a copy of the foregoing Praecipe for Withdrawal/Entry of Appearance was sent via electronic mail and also mailed first-class, postage prepaid, to:

Torren C. Becker, Esquire
Becker Law Group, P.C.
529 Carlisle St.
Hanover, PA 17331

Office of the U.S. Trustee
U.S. Bankruptcy Court
Ronald Reagan Federal Building
P.O. Box 908
Harrisburg, PA 17108

Charles J. DeHart, III, Esq.
Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Chapter 13 Trustee

And all of other attorneys and creditors requesting notice and on creditor's matrix

Respectfully submitted,

BECKER LAW GROUP, P.C.

By: _____
Taylor K. Thomas, Esquire
Attorney I.D. #325656
Attorney for Debtor
529 Carlisle Street
Hanover, PA 17331
(717) 630-9688
Fax (717) 630-0691
Email: tthomas@beckerlawgrouppc.com

2