| Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center: | THE UPDATED ADDRESS IS: |
|---|---|
| Delores Barbara Turner<br>961 York Street<br>Hanover, PA 17331-3440 | Delores Barbara Turner<br>886 Amherst Lane<br>Westminster, Maryland 21158 |
| /Taylor Thomas/<br>Signature of Debtor's Attorney | 07/02/19<br>Date |

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.